UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JAN 20 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT ALLEN LONG, JR., <br><br> Plaintiff - Appellant, <br><br> V. <br><br> COUNTY OF LOS ANGELES; et al., <br><br> Defendants - Appellees. | No. 05-35157 <br> D.C. No. CV-99-00520-HRH JDR <br><br> ORDER |

RECEIVED
JAN 26 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

A TRUE COPY  1/20/06
ATTEST
CATHY CATTERSON
Clerk of Court
by: _____
Deputy Clerk
This certification does constitute the mandate of the court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Kwok K. Wong
Deputy Clerk