Robert A. Long
Pro Se.
Po Box 3526
Seward, Ak.
99664.
Phon-Fax,
907-224-3026.

RECEIVED
JAN 0 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,

    Plaintiff,

V.

COUNTY OF LOS ANGLES,
et al,

    Defendant.

Case No. A99-0520-CV-(HRH).

IN SPECIAL APPEARANCE
REFUSAL OF COURT CLERKS ADDRESSING THIS
IN PLACE OF AN ARTICLE III, JUDGE.
MOTION UNDER COMMON LAW WRIT OF
OF DEMAND, FOR EFFECT TO RELIEF ORDERS
REFUSED BY DEFENDANTS, AIDED BY DJ. HOLLAND.

Plaintiff Returns again for Effect to the Orders of Relief to Plaintiff from the Defendants.

This Court in Criminal and Judicial Misconduct, Denied to the Plaintiff the Rightful and Justified Relief from the Defendants in this Case and Suit, do to the Inherent Criminal Actions of Involved US. Federal Judges Acting in the Suit, [MJ. Roberts, DJ. Singleton, DJ. Beistline, and DJ. Holland], the 9th. Circuit Chief Judges, having Engaged in Criminal Cover Up of the Criminal Acts and Actions of the Federal Judges, [9th. Circuit Judges, Refusing to Police Other Judges], a False and Malicious Criminal Prosecution has been used against this Plaintiff by the Effected US. Federal Judges in the Case, in Criminal Retaliation and to Interfere with Plaintiffs Lawful Actions against these Judges, [to Include the Assigned Federal Judge in this Suit, DJ. Holland], all Federal Anchorage, US. Federal Judges, having Acted between Long V. County, USA. V. Long, and the Related Suits and Other Relief Actions, who are and were Clearly Disqualified from the Actions, were Disqualified by being under the Direct Authority of an Involved Federal Judge, [Disqualified Clearly by Having Dogs in the Fights], were Disqualified by having Criminal Evidence before them of the Court Record Supported Crimes Committed by US. Federal Judges, that they Refused to Act upon, [Crimes Committed by Close Personal Friends, Other Judges], who were and are

p 1 of 9

1  Disqualified by Corrupt and Intended Criminal Actions in the Years of the Intended Criminal Denial of
2  Long V. County, and USA. V. Long, Case Audio and Written Transcripts, During Trials, Post Trials,
3  Appeals, Habeas Corpus, and Appeals to False Dismissal of Habeas Corpus Relief Actions by a
4  Disqualified Judge, who all did Recuse for Personal and Professional Disqualifications and Supported
5  Criminal Jury Tampering, (the Fact that all Anch. Judges have over Time, Self Recuse, Simply Supports
6  that these Federal Judges were at all Times Disqualified from these Cases, if not from the Moment, they
7  were Assigned, then from when they Acted to Cover Up the Crimes of Other Judges.

9  The Intended Criminal Denial of all Original Case Audio Recordings to Support the Court Copies are
10 Criminally Falsified, the Denials of Subpoenas of the USA. V. Long, Trial Jury to Support that the Trial
11 Judge, [DJ. Sedwick], Committed Criminal Jury Tampering to Prejudice the Jury, Denial of Criminal Ex-
12 Parte Proceedings Transcripts Required to Support that the Prosecutors used an Illegal Phone Tap in USA.
13 V. Long, to gain Defense Information that led to the Total Criminal Denial of All Defense Witnesses, [by
14 Sedwick], with the Several, Openly Clearly Falsified USA. V. Long, Long V. County, Audio Written
15 Recording, and the, On Record Criminal Actions of all Judges Refusals to act on Supported Evidence of
16 Criminal Acts by US. Federal Judges, Supports a Criminal Conspiracy within the 9th. Circuit to Protect
17 Federal Judges from Prosecution and to by Intent Deny this Plaintiff Relief and Justice, no Federal Judge
18 within the 9th. Circuit, can be Trusted in this or any other Case Involving this Plaintiff and that the 9th.
19 Circuit must be Disqualified in Total for the History of Cover Up of General Judicial Misconduct and
20 Abdication of Duty, to Move before the Congress, Impeachment Actions against any Judge Found Guilty of
21 Misconduct, the US. Constitution Mandates Impeachment.

23 Under Common Law Writ of Demand, under Mandatory Judicial Notice, Plaintiff Moves the Court
24 to Move this Motion for Effect to Court Relief Orders, to the First District, or to the World Court, for a Fair
25 and the Possibility of an Un-Prejudiced Trier of Fact, Clearly not Existent in the 9th. Circuit.
26 P 2 of 9

Statement of Facts;

(1), in 2002, this Court Found in Subverted form, in Plaintiffs Favor, and against the Defendants Actors, the Directors of Alaska, DMV, that Plaintiff was Denied Due Process of Law, [Denial of Notice, in Un-Lawful Actions against a Constitutionally Protected Property Right, the Direct Violation of the Words of the Statute Employed], this in the Defendants 1997, DMV. Interstate Drivers Compact Actions against the Plaintiff in Suspension of Plaintiffs License, this without Alaska, gaining Issue Standing or Jurisdiction.

(2), in 2000, a Court Order was Issued by the Assigned MJ. Judge, Roberts, for a Jury Trial date, in Long V. County, then in a Criminal Actions, MJ. Roberts, later Criminally Falsified the Court Audio and so the Written Transcripts in Order to Further Prejudice the Suit for the Government Defendants, [this Criminal Action by this Federal MJ. Judge, then led to the long list of Trial Transcript Falsifications and Criminal Conspiracy by Other Federal Judges to Cover Up this Original Federal Felony by MJ. Roberts, [many Other Federal Judges], all Federal Judges of the Anchorage, Federal Courts have Recuse from Plaintiffs Cases, DJ. Holland, was Removed from USA. V. Long, for Conflicts, but in Criminality, Retained Long V. County, to Continue the Conspiracy by Criminally Denying Plaintiff access to the Original Trial Records of Long V. County, that would led to the Prosecution of MJ. Roberts, for the Long V. County, and USA. V. Long, Case Transcripts Falsifications, DJ. Holland, has Further been Presented with Un-Refutable Evidence of Criminal Perjury by the Alaska, Long V. County, Defense Counsel, Timothy W. Terrell, and in Criminal Misconduct Refused to Act and Obstructed Justice and Aiding in a Federal Felony in his Court.

(3), in Criminal Misconduct the Court Dismissed LA. County, as a Defendant, under Younger, [Directly and by Intent Ignoring the Denial of Due Process and the Fraud before the California, Courts, by the Original Acting Parties, that were Clearly used to Gain Ex-Parte, Un-Contested-Un-Contestable, Outcomes against the Plaintiff in 1983, a Constitutional Violation by, DJ. Holland-Singleton, there is no Right to Refuse to Address and not Act on Violations of Constitutional Due Process and Equal Protection, and Younger, cannot used in Fraud to Dismiss LA. County, to Deny Discovery from LA. County, to Plaintiff.

(4), in Direct Intended Criminal Misconduct, DJ. Holland, in Effect and Outcome, Denied Plaintiff Effective Legal Relief in this Trial, [at that time the Case being over 4, years with some 300, Case Filings

p 3 of 9

1  and in actuality not ended till 2004-05, or not yet ended, [Holland, Ordering Legal Relief in the amount of
2  $1,200.oo, knowing this did not cover Coping Cost and Mail, [$45,000,oo, was requested, a Small Amount
3  for the Years of Suit, Effective Suit Cost Relief, Demanded by the Supreme Court Citing's Rulings, Even
4  and Specially to a Prevailing Pro Se], by the Criminal Intent of DJ. Holland, [DJ. Holland, then being
5  Guilty of Actions of Criminal Misconduct with the Other Judges between the Cases, Denying Plaintiff by
6  Intent, of Resources Plaintiff would then use to Gain Legal Actions against the Involved State, and Federal
7  Criminal Parties, on Criminal Actions Supported on Court Records being Denied by these Federal Judges].
8  (5), in Direct Intended Contempt of Court Relief Orders to Plaintiff, the Defendants, [by the Criminal
9  Actions of the Long V. County, Defense Counsel, then under Perjury Charges Protected by Judge Holland],
10 Moved the Intended Shit Legal Award, to their Criminal Partners, LA. County, [under the Original 1997,
11 Interstate Drivers Action Ruled Void and Ordered Ended by the Court], and then by this Criminal Action,
12 the State of Alaska, Claiming then, an Original Second Child Support Action against Plaintiff, to the State
13 of Alaska, with a Retroactive Instant Debt of Plaintiff, to the Defendants, of some $35,000.oo, for a Child
14 never in Alaska, never Supported by Alaska, that the Defendants know was not Father by the Plaintiff and
15 Plaintiff holds no Responsibility for, the Defends having in now, under Illegal Direct Theft, and/or,
16 Criminal Conversion, placed an Unlawful Lien on all Plaintiffs Property without Due Process, have taken
17 two Years of PFD's, and Stolen Plaintiff, SHIT, Legal Award from Long V. County, under the Alaska,
18 1997, Drivers License Compact Action Ordered Ended by this Court , [the California, Courts Refuse to
19 Reopen the 1983, Ex-Party Court Action for Constitutional Violations and Supported Fraud].
20 (6), the Defendants Ordered by DJ. Singleton-Holland, in Long V. County, the Return-to Reissue, the
21 Plaintiffs Alaska, Drivers License, in 2002-03, Defendants did Issue a Drivers License that the Defendants
22 in Court Filings, State Affirmatively, that Plaintiff, {Can or Will be Arrested for Using}, (Plaintiff Forced
23 under Protest to also Pay the Defendants to, Gain this Court Ordered Relief), the Defendants by Intended
24 Criminal Action, Issuing a Fraudulent Alaska, Drivers License to Avoid Court Ordered Relief to Plaintiff
25 and in Order to Continue to Maintain Plaintiff in a State of Legal and Physical Threat, Plaintiff by these
26 Criminal Defendants Actions Placed Clearly under Immediate Clear Threat of False Arrest, under Alaska,
27 Statutes, [back due child support over $10,000.oo], the Clear Threat of Death, {as Plaintiff Will Not
28 p 4 of 9

1  Submit Further To Any Further Intended False Arrest By Government Criminals, as Plaintiff has no Lawful
2  Duty to Submit to any Criminality of Government, Aided by Corrupt Federal Judges}.
3      Plaintiff has Endured, Criminal Malicious Fraud by the Courts, False Arrest, False Imprisonment,
4  Denials of Court Records, and the Intended Denial of Court Ordered Relief, in Long V. County, for Years,
5  [by Corrupt Judges], Plaintiff now again Moves under, **Mandatory Judicial Notice**, under the Lawful
6  Required, **Writ of Demand**, under the, **Common Law**, of Necessity, for Effect to Court Ordered Relief,
7  in the Ending of all Defendants Past, Present and Further Actions, Predicated in Any Form, from the 1997,
8  Actions Ordered Ended, for a Valid Alaska, Drivers License the Plaintiff cannot be Arrested for using, the
9  Return of all Money Stolen by Alaska, and the Ending of Liens and Other Alaska, Criminal Actions, with a
10 Complete List of all Alaska, State, Actions in Effect, that Plaintiff has been Denied Knowledge of.
11
12     Plaintiff Moves the Court Further for Relief in Sanctions against the Defendants, [under Equity
13 Jurisdiction-Authority], for Refusal to Effect Relief, for Continuing Actions Ordered Ended, for Predicating
14 New Actions, (from Actions Ordered Ended), for the Further Denials of Required Administrative Due
15 Process Rights to Plaintiff, in the New Actions, for the Actions against Plaintiff without Standing or
16 Jurisdiction, [gained in Alaska, Court Actions], for Fraudulent Actions taken, again, against the Plaintiff to
17 Defraud the, US. FEDERAL CHILD SUPPORT ENFORCEMENT GRANT PROGRAM, of Moneys not
18 do the State of Alaska-Defendants, for Refusal to Effect all Administrative Applications of Plaintiff for
19 Administrative Relief Hearings, and for Utter Denial of Notice of Due Process in all Actions from 1997, in
20 such a Valid Amount, in Real and Compensatory Damages, <u>to Force the Defendant to Stop all Actions of
21 this Kind, against all Citizens, as Denial of Due Process is their Common Policy and Actions</u>.
22     Plaintiff has an Absolute Right, [to even the Denied, (Holland), Shit, $1,200.oo, Fraudulent Relief
23 Ordered in Long V. County], Plaintiff has Clearly been Denied any and all Relief, the Court has the Duty to
24 Correct and Order Effect of Relief Denied by the Criminal Intent of the Defendant, the Court has a Duty to
25 Grant Further Relief in Sanctions against the Defendants to the Plaintiff, <u>for Continuing and Expanding
26 New Actions from the Original Fraudulent Actions Ordered Ended</u>, (the Court should on its Own Review
27 5 of 9
28

<a>
</a>

<b>
</b>

the Shit Award and Issue a Valid Legal Cost Award, Review the Granting of Qualified Immunity, Review the Fraudulent Dismissal of LA. County, do to, On Record Constitutional Violations in the 1983, Action).

Plaintiff Moves for a Final Ending to the Defendants Actions, for Mandatory General Sanctions for Contempt of Court Orders of Relief to Plaintiff against the Defendants of $500,000.oo, Dollars, collected by the Court, Awarded to the Plaintiff in Relief as the Harmed Party, the Court Reminded the Defendants have Lost Meany Other Suits on the Same Issues before this Case, they have now Added some 50, Thousand New Fraudulent Action after Long V. County, in the Same Actions, do these Facts on the Record, no Good Faith Claim could be made that Defendants did not know their Actions were Violations of Law and Civil Rights in Long V. County, no Claims in any form of Plausible Denial-Ability can Exist to the Named Defendants or the State of Alaska, after Long V County, in the New 50, Alaska, State, Actions Committed against New Victims, this Court, [what ever Court, has a Duty to Address this and Bring the State of Alaska, to Law by Sanctions Great Enough to Force the State, to End these Criminal Actions, and Strip the Named Defendants, the State of Alaska, with those Holding the Named Defendants Positions after Long V. County, of any Qualified Immunity, and to Hold these People to Account for their Actions.

Plaintiff Considers that do to the HISTORY OF CORRUPTION OF THE US COURTS, this matter should be Moved before the WORLD COURT, as no US. Court, can be Independent and Un-Prejudice do the Inherent, CHARGES AGAINST US. FEDERAL JUDGES AND OTHER GOVERNMENT ACTORS.

Plaintiff has an Un-Broken History of Attempts to Gain Relief and of the Criminal Un-Broken History of Defendants and the Courts in Denials or Rights and Relief, no Bars Exist to this Action
p 6 of 9

1  Affidavit in Support.

2  I Robert A. Long, under sworn oath of truth, penalty of perjury, state that all charges and claims are true

3  and supported by court documents in hand and by those criminally denied to me by US, Court Judges, and

4  incorporates all charges over the years in court filings in this action, and charge the United States,

5  Misconduct Councils with Criminally Covering Up Criminal Misconduct by Federal Judges.

6  Dated  /-6-07  ,                                              *[signature]*

7                                                                     Robert A. Long,            Pro Se.

8

9      This Plaintiff has over Years in Good Faith, Attempted to Gain Relief in Every Manner Plaintiff can

10  Find, all Actions are Frustrated by US. Federal Judges, Criminally Denying to this Plaintiff, the Audio and

11  Written Records of Involved Court Proceedings, (this is Clearly do to the Inherent Criminal Evidence

12  against Federal Judges, in the Original Audio Court Recordings, and Denied Recordings of Court

13  Proceedings in any Form, in USA, V. Long, Plaintiff was Denied Requested Counsel at Sentencing, in the

14  Appeal, [the Courts Refused Plaintiff, on Record in some 11, Pages of Appeals Docket Sheet Motions-

15  Demands for the Trial Transcripts], (those Parts Gained from Trial in USA. V. Long,), Were Admitted by

16  the Trial Judge and Prosecutor, [in the Still Denied Part of the USA. V. Long, Sentencing Transcripts], to

17  be Falsified in the Removal of Trial Prosecution Testimony that Long V. County, Trial Audio and Written

18  Transcript were Falsified by MJ. Roberts, as Charged, (USA. V. Long, was Created by DJ. Singleton, and

19  MJ. Roberts, [contended victims], by the use of a DJ. Singleton, Family Member working on the Court, to

20  Stop Plaintiffs Criminal Misconduct Complaints for the Supported Crimes Committed in Long V. County,

21  the Sentencing of USA. V. Long, Transcripts are Falsified in Removal of the Total Beginning of

22  Sentencing in Falsification of the Record), this Court should See Red Flags in any Case where the Involved

23  Federal Judges are by Open Court Orders Barring a Citizen from Court Trial Transcripts in Appeal and

24  2255, Relief Actions, where the Dismissing 2255, Trial Federal Judge is Charged with Supported,

25  Witnessed by 14, Persons, with Criminal Jury Trial Tampering during Trial Recesses, and then Dismisses

26  the 2255, and then Self Recuse for Personal and Professional Disqualifications Existing from Before Trial,

27  Clearly the Trial was Void by being Tried by an Admittedly Disqualified Federal Judge, two Federal Judges

28  Assigned to these Questions Directly Refused to Address the Crimes of the Trial Judge, or to Set Aside the

Trial as Required by Law, that Plaintiff could have a Fair Trial. (Disqualified is Disqualified).

P 7 of 9

1  The Court is Requested to Address all Involved Issues for the Proper Administration of Justice, with
2  Direct Attention to the Utter Denial of Ordered Relief in Long V. County, the Clear Overt Contempt of
3  Court by the Defendants, the Continuing of Ordered Ended Defendants Actions against this Plaintiff, the
4  New Actions by Defendants Predicated from the Court Ordered Ended 1997, Actions, the Direct Perjury in
5  the Long V. County, of the Defense Attorney, between the Long V. County, Filings and Prosecution
6  Testimony in USA. V. Long, all Judges in all Cases and Actions to date have Acted in Criminal Contempt
7  of Law, this Court is Requested to Act in Honor and Basic Justice and to Relieve Plaintiff with Actual
8  Effect, if US. Courts Refuse, then to Move this Action to the WORLD COURT.
9
10  As all and any US. Courts hold Clear Prejudice against this Litigant, [or against any Citizen Litigant,
11  who Attempts to Bring Federal Judges, to Justice for their Crimes], this Plaintiff Request that Instead of the
12  Open Total Expected Judicial Misconduct in Refusal to Except this Just Action, or Fraudulent Dismissal of
13  this Action in Order to Continue the Criminal Cover Up of Past Judicial Crimes, Plaintiff Request the
14  Court to at least Address the Basic Denial of Long V. County, Court Ordered Relief, to Clearly Order the
15  Defendants to Effect Relief in a Valid Alaska, Drivers License, Providing to Plaintiff the Legal Cost
16  Award, to End all Past, Present and Further Defendants Actions, Predicated from the Original 1997,
17  Interstate Drivers Action, Court Ordered Ended, to end all Defendants Liens, to Return all PFD's, Checks,
18  to Order the Defendants to Provide a List of All Actions against Plaintiff, [as no Pre-Notice has ever
19  Existed in any Know Action and Others may Exist that are not Known], to answer the Reasons the State of
20  Alaska-Defendants, have Denied Notice in Due Process in all Actions to Date from 1997, for the State of
21  Alaska-Defendants to Provide through the Court, an Answer for why the State of Alaska-Defendants, have
22  Refused to Act on the Constant, Plaintiffs Applications for Mandatory Administrative Relief Actions-
23  Hearings-Appeals, to the Defendants Actions, [For Ten Years], for a Court Order to End the Independent
24  State of Alaska, Child Support Action, for the Court to Rule on the Inherent Question of when Plaintiff was
25  Provided with, or Gained Knowledge of the Original Ex-Parte, 1983, California, Divorce-Child Support,
26  Action, [by standing court rulings a debt can only began and accrue after a party knows of the court debt
27  p 8 of 9
28

1  action], LA. County-Defendants-State of Alaska, state debts from 1983, as the Long V. County, Records
2  Support that Plaintiff until 1997, did not and could not know of the Original 1983, Action, under Law the
3  Debt could not began to Accrue until 1997, as the Courts in Common Criminality in Child Support Issues
4  will not Relieve a Person of Past Due Child Support, so if this Court will not Act in Valid Justice in
5  Freeing Plaintiff from these Government Crimes from 1983, in Total, from the Intended Fraudulent Child
6  Support Actions, the Court should Inquire into the Actual Amount Owed, under even Subverted Law if the
7  Action was Valid, [Plaintiff Contends this could only be from 1997, not 1983, under Due Process].

9  Even in its Common Criminality, in Prejudice for Governments, this Court must at least Effect the
10 Orders of Relief from Long V. County, Denied by the Defendants, Aided in Criminality by the Federal
11 Involved Judges, the On Going Terrorism of the State of Alaska, against Plaintiff must End as Ordered by
12 the Court, the State of Alaska, and California, can Return to the Courts to Gain Jurisdiction-Standing with
13 Due Process and Equal Protection Provided to Plaintiff, Denied from 1983, as Required under Law and
14 Civil Rights.

16 I certify the above to be true and correct to my best knowledge under penalty of perjury.
17 I certify a copy was served upon Timothy W. Terrell, Dep., of Law, Anchorage Alaska, by mail.

19 Dated 1-6-07,                                                _____
20                                                               Robert A. Long,            Pro Se.

22 P 9 of 9.