IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
ROBERT A. LONG,                      )
                                     )
                 Plaintiff,          )
     vs.                             )
                                     )
COUNTY OF LOS ANGELES, et al.,       )
                                     )      No. 3:99-cv-0520-HRH
                 Defendants.         )
_____)
```

O R D E R

Motion under Common Law
Writ of Demand

Plaintiff's motion, entitled "motion under common law writ of demand, for effect to relief orders refused by defendants, aided by D.J. Holland,"[1] alternatively requests that the court transfer this case "to the First District, or to the World Court, for a Fair and the Possibility of an Un-Prejudiced Trier of Fact, Clearly not Existent in the 9th Circuit[]"[2] or requests a valid driver's license and/or sanctions against the defendants.

As to the first alternate, the court has no idea what "First District" plaintiff has reference to, and this court, so far

---

[1] Docket No. 334.

[2] Id. at 2.

- 1 -

as it is aware, has no power to transfer any kind of proceeding to the World Court. As to plaintiff's second alternate request, plaintiff's motion contains a lengthy and difficult to understand discussion of matters that plaintiff has argued to the court for years, and as to which the court has ruled. Plaintiff ultimately took an appeal to the Ninth Circuit Court of Appeals, which appeal was dismissed when plaintiff failed to file his opening brief.[3]

This case is closed and the court will not reopen it at this late date to reconsider plaintiff's litany of complaints.

Plaintiff's motion is denied.

DATED at Anchorage, Alaska, this <u>8th</u> day of February, 2007.

/s/ H. Russel Holland
United States District Judge

---

[3] Docket No. 333.

- 2 -