**RECEIVED**

Robert A. Long
Pro Se,
Po. Box, 3526
Seward Alaska
99664
Phon-Fax-907-224-3036
Email, Xtrapper@msn.com

NOV 2 0 2007

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

ROBERT A. LONG,
        Plaintiff,

Vs.

COUNTY OF LOS ANGLES,
et al.,

        Defendants,

Case No. A02-0031-CV-(HRH).

UNDER MANDATORY JUDICIAL NOTICE

MOTION FOR THE COURT TO ACT ON THE
PLAINTIFFS MOTION OF 8-13-7, IGNORED.

IN THE EXPECTED DENIAL OF THE, (ABOVE),

MOTION FOR A HEARING ON THE BELOW
OUTSTANDING ISSUES

(1). ON THE LACK OF FACTUAL JURISDICTION AND STANDING OF THE STATE OF
ALASKA, AND LA. COUNTY, IN THE ACTIONS AGAINST THE PLAINTIFF, FROM
1985, TO DATE, SUBORNED BY DJ. HOLLAND.

(2). ON THE CRIMINAL DENIAL TO THE PLAINTIFF, OF COURT ORDERED RELIEF
FROM THE 2002, LONG V. COUNTY, RELIEF ORDERS, BY THE ALASKA,
DEFENDANTS, SUBORNED BY DJ, HOLLAND.

(3). ON THE PREDICATING OF NEW ALASKA STATE, ACTIONS AGAINST THE
PLAINTIFF, BASED ONLY ON THE 1997, ALASKA, ACTIONS, RULED ILLEGAL AND
UN-CONSTITUTIONAL BY THIS COURT, SUBORNED BY DJ. HOLLAND.

(4). ON THE ISSUE OF NEW EVIDENCE GAINED BY PLAINTIFF, IN 2006.
    (A). IF THE LONG V. LONG, 1983-1993, COURT RECORDS, DENIED BY ALL PARTIES
TO THE PLAINTIFF, SUPPORT THAT ALL ENFORCEMENT ACTIONS WERE ORDERED
TERMINATED IN 1985, BY THE LONG V. LONG, ORIGINAL COURT.
    (B). ON THE ISSUE OF IF LA. COUNTY, CRIMINALLY COMMITTED KNOWING
CONTEMPT OF COURT IN CONTINUING THE ACTIONS AGAINST PLAINTIFF AFTER
1985, AND WERE BY INTENDED COURT FRAUD, UN-LAWFULLY GRANTED
DISMISSAL UNDER YOUNGER, AS DEFENDANTS IN THIS CASE.
    (C). ON IF AFTER THE LONG V. LONG, COURT RECORDS WERE PLACED BEFORE
THIS COURT IF DJ. HOLLAND, SUBORNED IN MISCONDUCT, LA. COUNTY, IN
CONTINUING UN-LAWFUL ACTIONS AGAINST THE PLAINTIFF IN OBSTRUCTION OF
JUSTICE, IN UN-JUST DJ. HOLLAND, HARM'S TO PLAINTIFF.
    (D). ON IF THE ACTIONS OF LA. COUNTY, IN DENYING THE, (LA. COUNTY, IN
HAND LONG V. LONG, EVIDENCE, FROM 1985), TO PLAINTIFF AND THIS COURT
FROM 1999, IS CRIMINAL OBSTRUCTION OF JUSTICE.
P 1 of 16

(5). ON THE ISSUE OF CRIMINAL PERJURY, BY DEFENSE COUNSEL TERRELL, BETWEEN LONG V. COUNTY, AND USA. V. LONG, WITH THE INTENT TO COVER UP THE CRIMINAL FALSIFICATIONS OF FEDERAL COURT TRIAL RECORDS, BY MJ. ROBERTS, AND TO MAINTAIN, BY INTENT, FALSE COURT OUTCOMES, AND IF THE CRIMINAL PERJURY ACTIONS ARE SUBORNED BY DJ. HOLLAND.

(6). ON THE ISSUE OF THE DISQUALIFICATIONS OF DJ. HOLLAND, BY DIRECT CONFLICTS OF INTEREST BETWEEN LONG V. COUNTY, AND USA. V. LONG, AND UNDER THE DIRECT CONFLICTS OF INTEREST OF DJ. HOLLAND, WITH THE USA. V. LONG, VICTIMS, WITH THE SUBORNING BY DJ. HOLLAND, OF TERRELL PERJURY AND THE CRIMINAL FALSIFICATIONS OF TRIAL RECORDS BY MJ. ROBERTS, AIDED BY OTHER FEDERAL JUDGES, WITH OTHER MISCONDUCT.

(7). ON THE ISSUE OF PAST MOTIONS FOR THE REMOVAL OF DJ. HOLLAND, FOR CRIMINAL OBSTRUCTION OF JUSTICE AND USE OF OFFICIAL POSITION TO OBSTRUCT JUSTICE AND DENY FUNDAMENTAL JUSTICE, IN CRIMINAL JUDICIAL MISCONDUCT, CREATING PREJUDICE AND DENYING FUNDAMENTAL FAIRNESS TO PLAINTIFF, IN INTENDED MISCONDUCT.

## MOTION FOR SHORTENED TIME FOR JUST CAUSE

HISTORY;

Plaintiff began Suit against Alaska, State, Defendants and Los Angles County, for Un-Lawful and Un-Constitutional Action with the Denial of Notice of Actions, to Extort and Defraud this Plaintiff, and the Federal Child Support Enforcement Grant Program, by In-State and Inter-State, Criminal Fraud, Devoid of Jurisdiction or Subject Issue Standing by any government Actors against this Plaintiff.

In a Long History of Criminal Conspiracy to Obstruct Justice, the Assigned Federal Judges, MJ. Roberts, DJ. Singleton, and DJ. Holland, have Engaged in a Long Full History of Criminal and Judicial Misconduct with LA. County, the State of Alaska, and Defense Counsel Timothy W. Terrell, to Prejudice the Suit for the government Criminals and against this Plaintiff.

MJ. Roberts, (Has On Face and Clearly Supported, by the Court Audio Records in Long V. County, and USA. V. Long), Criminally Falsified Federal Court, Trial Records, with DJ. Singleton, DJ. Holland, and DJ, Sedgwick, and Terrell, Acting in Criminal Actions, in Criminal Conspiracy to Cover Up their Federal Crimes and those of Other Actors and have Obstructed Justice, and Furthered the Criminal Actions of MJ. Roberts, to Continue and Further the Crimes

P 2 of 16

1    against this Plaintiff by the government Actors.

2    MJ. Roberts, in 2002-2001, Criminally Denying Plaintiff the Right to a Jury Trial, by MJ.

3    Roberts, on the Court Record, (Ordering a Jury Trial Date in Long V. County), with MJ. Roberts,

4    (then Criminally Falsifying the Trial Records, in the Criminal Removal of the Jury Trial Date

5    Order and all Other Court Records of the Order).

6    MJ. Roberts, having Clearly the Judicial Authority, (with Supported Just Legal Cause), to Issue

7    a, VALID, Court Recorded Order, Reversing and Dismissing the Long V. County, Trial Date

8    Order, ((((but in an Action, Indicative to the Contempt of Law and Justice Shown by MJ. Roberts,

9    and the MJ. Roberts, Intent to Inflict Harm Upon the Plaintiff))), MJ. Roberts, Elected to

10   Criminally Remove the Trial Date Order, in a Federal Criminal Felony Action, (((this Criminal

11   Action by MJ. Roberts, in Clear Intent and Outcome, Denied Plaintiff the Legal and

12   Constitutional Right to Appeal any Lawful Dismissal of the Trial Date Order to a Higher Court))).

13   MJ. Roberts, then to Cover Up the Long V. County, Criminal Falsifications of the Trial

14   Records, then Criminally Removed from the USA. V. Long, Trial, the Prosecution Testimony of

15   the Long V. County, Defense Counsel, against this Plaintiff, [the Defendant in that action],Terrell,

16   in day two of Trial, as a Personal Witness Testifying that MJ. Roberts, (HAD IN FACT), made

17   the Trial Date Order and Removed the Order from all Court Records in Long V. County.

18   That Criminal Prosecution, (USA. V. Long), against this Plaintiff, was Falsely Created in

19   Retaliation by MJ. Roberts, and DJ. Singleton, for the Plaintiffs Judicial Misconduct Complaint

20   for the Trial Record Falsifications, (((a Criminal Trial Criminal Conducted by other Federal

21   Judges who were Personally and Professionally Disqualified by Direct Conflict of Interest with

22   the Victims))), Conducted in the Absence of Federal Jurisdiction, (by Criminal Conspirators, MJ.

23   Branson, DJ. Sedgwick, DJ, Beistline, DJ, Holland).

24   Timothy W. Terrell from 2002, to Date, has Acted in Criminal Conspiracy to Cover Up the

25   Criminal Falsifications of His Testimony in USA. V. Long, [by MJ. Roberts], in Active Personal

26   Actions and Intended Un-Lawful Inactions, (in Written Document Actions), in Abdication and

27   Refusals to Effect Official Duties to Act on Criminal Acts Coming to his Personal and

28   P 3 of 16

1    Professional Attention, (as a Court Officer and as an Assistant Attorney General of Alaska).

2    In USA. V. Long, (a False Criminal Prosecution On Face), Created by MJ. Roberts, and other

3    Criminal government Actors, Criminally Aided in Criminal Conspiracy by, MJ. Branson, DJ.

4    Sedgwick, DJ. Beistline, DJ. Holland, Terrell, and Other Criminal Government Actors, in a

5    Criminal Prosecution Devoid of Federal Jurisdiction, Conducted by Federal Judges in Direct

6    Criminal Conflict of Interest, (with the Victims, MJ. Roberts-DJ. Singleton), and with a Defense

7    and Appeal, by Intent Sabotaged by the Public Defenders Office, (by the Direct Admission of

8    Rich Curter, the Head of that Office), Explained Clearly to Plaintiff, by Curter, that the Sabotage

9    of the Defense was do to the Plaintiffs Criminal Charges against MJ. Roberts-DJ. Singleton, (with

10    DJ. Holland, ASS DEEP in the Criminal Conspiracy), in a Prosecution, that the Jury was Denied

11    the Right to see the Full Text of the Plaintiffs Court Filings Contended to Contain Threats, (some

12    40, Pages in total), and the Jury were only let see 2, Blocked out pages, the Trial Judge Refusing

13    the Direct Request of the Jury to see the 2, full Long V. Long, Plaintiffs Filings and Denying the

14    Defendant All Defense Witnesses in Criminal Misconduct to Gain a False Conviction.

15    Between the Written Trial Recorded Records of Long V. County, and USA. V. Long, Terrell,

16    Defense Filings, Counsel Terrell, has Committed Criminal Perjury in Criminal Conspiracy to

17    Cover Up the MJ. Roberts, Trial Record Falsifications and when the Court Record, On Face

18    Documented Evidence was Placed before DJ. Holland, this Federal Judge DJ. Holland, Criminally

19    Refused to Address this Criminal Perjury, Suborning Perjury in Criminal Obstruction.

20    The Original Assigned Judges to this Case in 1999, (MJ. Roberts, and DJ. Singleton),

21    Criminally Refused Plaintiff Motions for LA. County, Discovery and Criminally Falsely

22    Dismissed LA. County, as a Defendant, (under Younger), this Criminal Denial of LA. County,

23    Discovery, (the Long V. Long, Court Records in the Hands of LA. County, from 1985), was

24    Criminal and in Intended Conspiracy to Obstruct Justice, (AND THEN AFTER THE FACT TO

25    COVER ASS, DJ. Holland), Continued the Denial of LA. County, Discovery, in Criminal

26    Prejudice to the government Defendants, with the Clear Intent to Further the On Going Crimes

27    against the Plaintiff, and to Continue the False Younger, Dismissal of LA. County.

28    P 4 of 16

1    From, 1999, till 2006, (the Plaintiff having being Denied, in Obstruction Justice, by all

2    government Actors, the Mandatory Discovery in Long V. County, of Involved government Party

3    Records), the Plaintiff was able to gain a Partial Court Record of the Original 1983, Long V.

4    Long, California, Court Case, (that LA. County, and Alaska, Base their Actions against the

5    Plaintiff on), in this 2006, Gained Discovery, (Criminally Denied to Obstruct Justice by Roberts-

6    Singleton-Holland-Terrell-LA. County-the California Courts), the Plaintiff  Discovered that in

7    1985, LA. County, ((((Appeared before the Long V. Court, in an Ex-Parte Motion, to Terminate all

8    Enforcement Actions against this Plaintiff by LA. County))), this LA. County, Motion Supported,

9    (by the LA. County, Sworn Admissions, that LA. County), had never Held any Personal

10    Jurisdiction over this Plaintiff and that LA. County, had never Held any Claim of Subject Issue

11    Standing in any Long V. Long, Child Support or Other Issue, (that all Actions by LA. County,

12    were Known to Have Been False against this Plaintiff from their Start to this Date).

13    Plaintiff Discovered in the Long V. Long, Court Records that from 1985, when the Long V.

14    Long, Court, ((((Granted the LA. County, Motion for Termination and Order of Relief to Plaintiff

15    of LA. County, Enforcement Actions))), that LA. County, from 1985, to this date just short of

16    2008, has never Acted to gain Personal Jurisdiction or Long V. Long, Issue Subject Standing.

17    The Long V. Long, Court Records, (having been Aided in Denial to Plaintiff, by the Criminal

18    Misconduct of DJ. Holland, to Obstruct Justice), Clearly Support that after Plaintiff Placed the

19    Court Records Before DJ. Holland, He has Suborned the Crimes against the Plaintiff and that DJ.

20    Holland, is at this Date, Aiding and Abetting the Defendants in the Present Acts and Actions

21    against this Plaintiff, that are without Jurisdiction or Standing and without Lawful Excuse.

22    The Long V. Long, Records Further Showing and Supporting that, LA. County, without any

23    Mandatory Actions to First Gain Jurisdiction or Standing in Long V. Long, before or after 1985,

24    [when the Court Terminated Actions and Ordered Relief to Plaintiff], that LA. County, Appeared

25    Again in 1993, Before the Long V. Long, Court, in Further Intended Criminal, (Ex-Parte), Illegal

26    and Un-Constitutional Appearance before the Long V. Long, Court, [in Intended Criminal Actions

27    P 5 of 16

1    to Further Ongoing Attempts of Fraud Against this Plaintiff and in Direct Intended Criminal

2    Fraud before the Long V. Long, Court, Contending to be a Party with Standing to Appear], when

3    LA. County, Knowingly by the Long V. Long, Court Denied Records, LA. County, had no

4    Standing or Jurisdiction, this is a Criminal Action of LA. County, (Shown to be in Further Illegal

5    and Un-Constitutional Ex-Parte Actions, without Mandatory Notice to ether Long V. Long, Direct

6    Party, Violating the US. Supreme Court Yazoo, Land Deal Rulings), in LA. County, Actions, (to

7    again Gain, with Clear Criminal Intent and Outcome, another False and Un-Contested Court

8    Outcome against this Plaintiff), LA. County, Appeared in 1993, in Long V. Long, to Compel

9    Child Support Enforcement from Plaintiff Directly to LA. County, in an Action Ordered Ended in

10   1985.

11       This Plaintiff Placed these Long V. Long, Court Records, (before the Defendants Pet Criminal,

12   DJ. Holland), [this Discovery again Criminally Denied to Plaintiff, by MJ. Roberts, DJ. Singleton,

13   DJ. Holland, Alaska-Terrell, and LA. County, from 1999, till 2006], and in the Clear DJ. Holland,

14   Continuation of the Criminal Conspiracy to Obstruct Justice with the Defendants, (DJ. Holland,

15   Refusing to Address the Long V. Long, Court Documents), Court Documented Evidence that

16   Support that all Defendants Actions are Un-Founded and Criminal, (these Court Documents

17   Supporting that LA. County, Criminally Denied Discovery that Supporting their Pre-Knowledge

18   that their Action from 1985, to Date are Un-Founded and Un-Lawful against the Plaintiff, and

19   that, the Younger, Dismissal is Fraudulent on Face), the Court Record Documents Supporting the

20   Pre-Knowing and Intended Actions by LA. County, that Denied and Violated Plaintiffs Federal

21   Constitutionally Rights and Protection, these Actions are Suborned by DJ. Holland.

22       DJ. Holland, Ruled for the Plaintiff and against the Alaska, Defendants, in Long V. County, in

23   2002, [DJ. Holland, Ordering Relief to Plaintiff], (after this Ruling the Alaska, Defendants

24   Directly Relying on the Criminal Nature of DJ. Holland, to Protect them and to Help them to

25   Continue and Further the Criminal Enterprise against the Plaintiff), [this Criminal Denial of Relief

26   by the Defendants to Plaintiff, Admitted in Alaska. Defendants Written Documents Placed before

27   P 6 of 16

1  this Court Ignored by DJ. Holland], this Documented Un-Contested Evidence that the Defendants

2  Refused to Effect any Relief Ordered to Plaintiff, with Other Un-Contested Defendants

3  Documents, Placed before DJ. Holland, that the Alaska, Defendants have Criminally Predicated a

4  Long List of New Criminal Actions against the Plaintiff after 2002, [Predicated Only from those

5  Alaska, Defendants Actions Ruled Illegal and Un-Constitutional in 2002], the Defendants Relying

6  on DJ. Holland, [these Actions with the Other Alaska, Ongoing Criminal Actions against the

7  Plaintiff, are nothing but an Open Murder Attempt against this Disabled Citizen], to Continuing

8  the Cover Up of Crimes, Suborned and Protected by DJ. Holland.

9  　　　　To Date the History of this Suit, [is that Regardless], of what Documented Evidence, or how

10  much Court Record and Defendants Documented Supporting Evidence the Plaintiff Places,

11  (before the Criminal DJ. Holland), DJ.. Holland, Acts in Criminal Contempt of Justice, to

12  Continue to Protect the Other Criminal Conspirators and to Aid the Other Conspirators, [in what

13  is by this Point in Time an Ongoing Criminal Murder Attempt by the government Parties], with

14  the other government Party Actions, as in the Denials of Relief and Disability Aid by Alaska, that

15  the Plaintiff has Repeated Qualified for, [Benefits that in Fact were Order Granted to Plaintiff

16  from Alaska, in 2005, in Alaska, Administrative Appeals Hearing, in 4, months of Hearings,

17  Plaintiff having the Longest History of Proceeding to Gain Benefits in Alaska, History], these

18  Benefits are now being again Un-Lawfully Denied again to Plaintiff, by Alaska, with the Actions

19  in 2007, of US. Federal Marshals Stopping Plaintiff from Attending an SSI, Appeal Proceeding,

20  along with the Criminal Direct government Takings of anything Plaintiff can get in his Hands On

21  to Support His Life, and by the Terrell, Created Criminal New Actions by Alaska, after 2002,

22  without Jurisdiction or Standing, [Based on the LA. County, 1985, Terminated Enforcement

23  Actions and by the Continuation of Alaska, government Actions Previous Ruled against in 2002,

24  by this Court, and Shown False and Un-Founder by the Long V. Long, Court Records, this is a

25  Murder Attempt, (Aided by DJ. Holland), due to Plaintiffs Court Record Supported Charges].

26  P 7 of 16

1    All the Plaintiffs Motions for Federal Court Ordered Effect, to the 2002, Court Relief Order

2    are Ignored or Denied by the Criminal DJ. Holland, all Motion for Court Relief and Protection

3    from the New Alaska, Actions against this Plaintiff, [Created after 2002, Predicated Directly from

4    those Original 1997, Alaska, Actions Ruled by DJ. Holland, as Illegal and Un-Constitutional], are

5    Ignored or Denied by the Criminal DJ. Holland, with DJ. Holland, Acting in Further Criminal

6    Conspiracy with the Other government Actors, [in the Face of all Long V. Long, Court

7    Documents and Other Evidence of the government Crimes], this Misconduct in the History of this

8    Case Clearly Support the Open Crimes of the Defendants, Criminally Ignored and Aided by DJ.

9    Holland, to Deny Plaintiff Fundamental Justice and Relief with the Criminal Misuse of the

10   Federal Court by all government Parties.

11   This Case and the Related Suits Generated from it, are a Case Text Book History of a Federal

12   Courts Going off the Rails and how the US. Congress, (Fucked Up), in Abdicating its Over Cite

13   Duties, in Making Judges the Police of Other Judges, Directly leading to Misconduct Councils,

14   being in Outcome, Only Judicial Criminal Cover Up Councils and Citizens have no Venue to

15   Relief and Justice From the Criminal government's and the Crimes of Federal Court Judges.

16                                        MOTION 1.

17   Plaintiff Moves from the Removal of DJ. Holland, from this Case, due to the Federal Court

18   Record of Criminal Conflicts of Interest, Criminal Denial of Rights to Plaintiff, Criminal

19   Prejudice to Defendants, Criminal Actions to Suborn Criminal Perjury by Terrell, the Criminal

20   Suborning by DJ. Holland of the Criminal Falsifications of Court Trial Records in Long V. Long

21   and USA. V. Long, with Other Criminal Actions to Obstruct Justice.

22   When DJ. Holland, was Removed from USA. V. Long, (by Court Order), for Conflicts of

23   Interest with Long V. County, DJ. Holland, became Disqualified from Long V. County, by the

24   Same Conflict of Interest with USA. V. Long, DJ. Holland, Criminally Refusing to be Removed.

25   P 8 of 16

1

MOTION 2.

2    Plaintiff Moves for DJ. Holland, [or some Judge], to Act on Plaintiffs Present Motion and on

3    the Previous Motion Ignored to Date, [Set on by the Court in Clear Criminal Intent, until after

4    Alaska, Effected the Criminal Theft of Plaintiffs 2007-PFD, [now done], to Further the Denial of

5    Plaintiffs Ability to Maintain Plaintiffs Life], in an Alaska, Actions Concurrent with the Criminal

6    Denial to Plaintiff of State, Disability Benefits, During SSI, Proceedings, [Benefits that the Alaska

7    State, Appeals Hearing Officer in Appeal Ruled Plaintiff Fully Qualified For in 2005], after the

8    Alaska, Criminals Forced Plaintiff through 4 months of Appeals Hearings after the Criminal

9    Action of Refusing to Act on Plaintiffs 2004, State Assistance Application for a Year with Alaska,

10    and now During New SSI. Proceedings, now forcing Plaintiff to make 3, Applications to date and

11    Refusing to Effect Benefits under the Same Criminal Scams Ruled Un-Lawful and Un-

12    Constitutions in the 2005, Appeals Proceeding by the Alaska State, Administrative Appeals

13    Hearing Officer.

14    The Court Records of LA. County, Alaska, and the Criminal DJ. Holland, is Ripe with a Long

15    Recorded Court Record of Criminal Misconduct, [no Charge or Claim of this Plaintiff against any

16    government Actor, has been Addressed, no Charge or Action of Misconduct has Ever been made

17    against this Plaintiff, in False Charges, no Supporting Documents of Criminal Actions by the

18    government Parties from 2000, to Date has Ever been Contested, only Ignored], no Charge or

19    Claim by any government Criminal has Ever been made that this Plaintiff has made any False or

20    Un-Supported Charge against any of the Involved government Actors, [as that Action would Place

21    the Criminal Evidence before a Jury Placing the government Criminals in Prison].

22    With Other Criminal Misconduct, [the Actions of Concurrent Civil and Criminal Case Actions

23    by DJ. Holland], DJ. Holland, was Disqualified from Long V. County, and USA. V. Long, in

24    2002-2003, (and Under The Reasonable Person Test), any Reasonable Person with any

25    Knowledge of the DJ. Holland, Actions, would  Hold a Strong Fear of Prejudice against this

26    Plaintiff, by DJ. Holland, and the 2006, Gained Long V. Long, Evidence, Denied to Plaintiff

27    Demands that the Court Hear Plaintiffs Arguments that a New Trial is Required, do to the On

28    P 9 of 16

1    Record Documented Misconduct in this Case and Criminal Fraud and Obstruction of Justice by

2    Alaska, and LA. County, [in the Intended Criminal Denial of the Long V. Long, Court Discovery

3    Documents from 1999, until 2006], that Supports that all government Parties Act and Acted from

4    1985, against this Plaintiff Without a Lawful Base, with the Documented Denial of Court Ordered

5    Relief to Plaintiff from 2002 and the Predicating from 2002, of New government Actions against

6    this Plaintiff, by government Defendants in Contempt of the Long V. County, Relief Orders and

7    the Court Rulings that the Alaska, Defendants, Actions are Un-Lawful, Un-Constitutional, and

8    Void, Suborned by DJ. Holland.

9        The Long V. Long, Court Records Further Support that Due Process was Denied to Plaintiff, in

10    the use of a Plaintiffs Counterfeited Signature on the Return of Service and a False Address of

11    Plaintiff by the Long V. Long, Plaintiff, [the now Ex-Wife], used in 1983, to Defraud the

12    California, Court into an Action against this Plaintiff, [the Defendant in that Case], Without

13    Mandatory Due Process and Without Personal Jurisdiction over this Plaintiff, [a Domiciled

14    Citizen of Alaska], these are US. Constitutional Issues that Plaintiff from 1999, has Claimed and

15    has been Ignored by this Court, [but now as the Plaintiff has Supported all Claims, by the Long V.

16    Long, Court Records], this Court by DJ. Holland, to Continue to Obstruct Justice, Continues to

17    Ignore the Long V. Long, Documented Evidence in Criminal Obstruction of Justice, Mandating

18    Federal Court Hearings on the Issues of the False Granting of Dismissal of LA. County, as a

19    Defendant under Younger, [LA. County, having Gained this False Dismissal by Criminal Denial

20    of the Long V. Long, Court Records, with the LA. County, Social Services, Involved Documents

21    Still Criminally Denied], (Younger can never Apply where Federal Constitutional Violations are

22    Charged, [and in this Case Supported by Court Documents], and of the Qualified Immunity

23    Granting to the Alaska, Defendants if False, (as Qualified Immunity is Based on a Valid Claim of

24    Good Faith), and the Alaska, Defendants have a long History of Previous Court Rulings that their

25    Actions are Un-Lawful and Un-Constitutional in those Cases, as in this Actions against Plaintiff.

26    P 10 of 16

1    The Federal Court has the Direct Jurisdiction and the Mandatory Duty to Attend to these

2    Constitutional Issues, (as they are Constitutional Violations and Intended Actions of Supported

3    Fraud by the Defendants, that Over Come Younger), and as the Alaska, Defendants have before

4    the Actions against this Plaintiff from 1997, a Long Full History of Court Rulings against their

5    Actions as the Named Defendants, in Other Previous Suits and Against their Master the State of

6    Alaska, for the same Actions Before and After the Long V. County, Suit, and as After the Rulings

7    for Plaintiff, (the Alaska, Defendants and their Master), have Engaged in some 100,000, New

8    Actions that are the same as those against this Plaintiff Ruled Against in this Suit, in Contended

9    Criminal Contempt of Court, Supporting that the Defendants are not Fit by their Criminal Nature

10    for Qualified Immunity under any Good Faith Claim.


11                          MOTION IN THE ALTERNATIVE

12    Plaintiff Moves the Court, for a Court Order for Hearing Proceedings, for Plaintiff to Present

13    before the Court, Documented Evidence and Oral Testimony, Supporting Criminal Misconduct

14    by, MJ. Roberts, DJ. Singleton, DJ. Sedgwick, DJ. Holland, DJ. Beistline, Defense Counsel

15    Terrell, Prosecutor Cooper, and Public Defender Dieni, in Support to the Plaintiffs, Criminal

16    Conspiracy Charges, (of Illegal Actions to Cover Up the Criminal Falsification of this Trial Audio

17    Recordings and Written Transcripts in Long V. County, [by or For MJ. Roberts], and the Criminal

18    Falsification, [by or for MJ. Roberts], in USA. V. Long, in Falsifications to Criminally Continue

19    to Cover Up the Falsifications in Long V. County), with Other Court Recorded Criminal

20    Misconduct.

21    For Plaintiff to Further Present Court Documents and Oral Testimony, to Support the Criminal

22    Charge of Perjury against Defense Counsel Terrell, (in Substantive Perjury to Obstruct Justice),

23    between the Federal Cases Long V. County, and USA. V. Long, and to Present Evidence in

24    Support of the Charge of Supported Criminal Conspiracy between Timothy W. Terrell, DJ.

25    Sedgwick, and H. R. Holland, to by H. R. Holland, and DJ. Sedgwick, Suborn the Terrell, Perjury,

26    P 11 of 16

1   in Actions Intended to Continue to Cover Up the Criminal Falsification of Federal Documents by

2   Other Federal Judges and to Maintain the Defective Outcome in Long V. County, Denying

3   Plaintiff Justice and Relief.

4       Plaintiff will Provide Documented Evidence before the Court, that all Actions by all

5   government Parties have been Clearly Known to have been Void from 1985, [that LA. County,

6   went before the Long V. Long, Court in 1985], to Terminate the LA. County, Child Support

7   Enforcement Actions against this Plaintiff, under the LA. County, Sworn Admission of no

8   Jurisdiction or Standing Existing by LA. County.

9       Plaintiff will Provide Long V. County, Court Documents that the LA. County, 1985, Ex-Parte,

10   Motion was Granted by the Long V. Long, Court, and that from 1985, to now in 2007, almost

11   2008, that LA. County, has never Acted to Gain Jurisdiction or Standing and has Criminally

12   Acted in Contempt of Court and in Criminal Contempt of Plaintiffs Right to Relief from the 1985,

13   Long V. Long, Court Order, with Intent to Effect Fraud against the Plaintiff and the Federal Child

14   Support Enforcement Grant Program.

15       Plaintiff will Provide Documents and Testimony Supporting that Plaintiff was Criminally

16   Denied Evidence in this Suit, from 1999, to Date, by LA. County, the Alaska, Defendants,

17   Defense Counsel, Terrell, MJ. Roberts, DJ. Singleton, and DJ Holland, (of LA. County, in Hand

18   Documents from Long V. County), in Discovery, that had it been Granted to Plaintiff, (With the

19   LA. County, Social Services Involved Records], would have Supported the Abject Lack of Legal

20   Existence in all government Actions against this Plaintiff from 1983, or 1985, to Date, as

21   government Actions are all Based Directly on Other Knowingly Void government Actions,

22   Supporting that the government Defendants Criminally Denying Evidence to Gain  False Orders

23   of Dismissal and Qualified Immunity and Criminally Acted to Drag out this Suit and Gain a

24   Fraudulent Outcome to Continue the Criminal Fraud against the Plaintiff and Acted to by Intent,

25   Further New Criminal Actions against the Plaintiff even after 2002, when Plaintiff Prevailed.

26   P 12 of 16

1    Plaintiff will Provide Document Evidence and Oral Testimony, (that the California, Long V.

2    Long, Court, and the Court Record Department of the California, Courts, with the California,

3    Appeals Court), Denied Un-Lawfully, Relief Actions to Plaintiff, in Plaintiffs Repeated Attempt

4    to Re-Open the Case and to Gain the Long V. Long, Court Document Records Denied until 2006,

5    when Plaintiff was able to gain a PARTIAL RECORD.

6    The Plaintiff will Support that even After Gaining these Long V. Long, Court Records that DJ.

7    Holland, [if not having the Knowledge before], Criminally Refused to Address the Court Record

8    Fact that the Defendants Actions were with out a Lawful Base with DJ. Holland, Acting in

9    Obstruction of Justice in Prejudice of the Defendants, to Deny Relief and Fundamental Justice to

10   Plaintiff and to Continue and Further the Criminal Cover Up Conspiracy of the Involved Crimes

11   Committed against the Plaintiff and Law from about 2000, [in this Suit and the Related Suits ˙

12   Judicial Complaints and Criminal Complaints Filed before the Federal Government].


13   The Actual Fact is that, [the Assigned Judges, Roberts-Singleton-Holland], have by Recorded

14   Court Oral Orders, Directly Ordered Plaintiff, to Resolve the LA. County, Actions in the

15   California, Courts, or with LA. County, [with the Federal Court and other government Actors and

16   the Defendants Acting to Deny the Discovery], the Plaintiff was Denied any Ability to Act before

17   the Long V. Long, Court in Criminal Conspiracy by DJ. Holland, and all Involved government

18   Parties, [to Include the Long V. Long, and California, Courts], with Further from 1997, to Date,

19   LA, County, the State of California, the State of Alaska, and the Named Defendants, Criminally

20   and Un-Constitutionally Denying all Mandatory Administrative Relief Actions, Mandated to be

21   Provided to Plaintiff, [Requested by the Written Applications of Plaintiff], Requested and Denied

22   or Ignored by all Government Parties, the Plaintiff has Criminally been Denied any Ability to

23   Comply with the Federal Court Ordered ro Resolve LA. County, Issues in LA. County.

24   P 13 of 16

1    Plaintiff has the Mandatory Right to Place Criminally Denied Evidence before this Court, (in

2    Evidence that Plaintiff did not have and could not Know Existed, [being Denied From Long V.

3    Long, 1983, and 1985, in Documents, not Available to Plaintiff], that were Criminally Denied by

4    the Federal Court, Judges, the California, Court, by the LA. County, Defendant and Alaska), LA.

5    County, and the California, Court, [ARE ONE AND THE SAME], this Evidence, that is Believed

6    also to have been from 1999, in the Hands of Defense Counsel Timothy W. Terrell, [Denied to

7    Plaintiff by Terrell], Evidence that would have Stopped all Claims of all Defendants to have had

8    any Valid Claim of Authority, Jurisdiction or Standing in any Action, [Denied Evidence that

9    would have Toppled all Claims of the Defendants to Authority or Lawful Excuse to their

10   Actions], Denying Qualified Immunity and the Younger, Dismissal and Changed the Outcome .

11   The Evidence will be Presented before the Court, of the Knowingly False Claims of the Named

12   Defendants, [to have held Good Faith Belief of a Valid Base in their Actions against the Plaintiff],

13   in their Claim for and the Granting of Qualified Immunity, when that Claim was Knowingly

14   False, by the Alaska, Named Defendants and by their Defense Counsel and their Master, [the State

15   of Alaska], Supported will be made in the use of the Criminal Perjury by Defense Counsel Terrell,

16   to Gain and Maintain a Fraudulent Court Outcome and to Deprive Plaintiff of Actual Relief in

17   Long V. County, with Support to the Criminal Falsification of Federal Trial Audio Recordings by

18   Federal Judges to Prejudice a Suit for the government Defendants and the Criminal Evidence of

19   Crimes Committed by Federal Court Judges, [in Evidence Plaintiff has a Mandatory Right to

20   Place on the Court Record, in Open Court Proceeding Hearings], Evidence that the Plaintiff has in

21   Criminal Conspiracy, between the government Defendant Parties and DJ. Holland, been Denied.

22

23   The Court's Judges, having Committed Criminal Actions in this Case, the Defendants

24   Counsel's, having Denied Evidence to Plaintiff, Evidence that Supports the Knowing Lack of

25   Jurisdiction and Standing in any Action from 1985, by any Party, Evidence that Supports the

26   P 14 of 16

1  Years of Intended Criminal Harm in Criminal Theft, False Arrest's, Denial of Basic Rights in Due

2  Process to Plaintiff, the Criminal Denial of Common Mandated Administrative Relief

3  Proceedings by all government Actors from 1997, to Date, [this Mandates that Plaintiff be

4  Granted Immediate Court Proceedings to Present Evidence before the Court], that Supports

5  Clearly by the governments own In Hand Denied Evidence to Plaintiff Records, that Fundamental

6  Justice has been Denied to Plaintiff.


7      Plaintiff Further Must be Granted Expedited Time For Court Action, (Shortened

8  Time), due to the Federal government having Denied Plaintiff SSI, Disability for 3, Years with

9  the Use of Federal Marshals to Keep Plaintiff from Attending Administrative Appeal, [Recorded

10  on a Pocket Recorder], then Denying of Appeal Right by SSI, with the New SSI, Application

11  Preceding Active and the State of Alaska, (Defendants), Denying Plaintiff Interim Assistance

12  Benefits Un-Lawfully, [Alaska, having before Criminally Denied Plaintiffs Rights to Alaska State,

13  Benefits, for 1, year and forcing Plaintiff into 4, months of Administrative Hearings to Gain

14  Benefits, [Ruled Un-Lawful Denied by the Hearing Officer], Benefits Believed Denied, [at the

15  Request of Defense Counsel Timothy W. Terrell, in Retaliation to the Court Recorded Perjury

16  Charges against Terrell], SSI, is now under Federal Suit in Plaintiffs Further Attempts to Gain

17  SSI, Benefits with the Actions of the US. Federal Marshal, and SSI. Appeals Clerk, Criminally

18  Keeping Plaintiff From Administrative Appeal Hearings, Recorded again on a Pocked Recorder],

19  Shortened Time Required due to the, Un-Lawful Denial of these Benefits, with this Fact and the

20  Defendants, (Alaska), having Stolen ever Dollar Available to Plaintiff for Years with Un-Lawful

21  Alaska, Lien, making it Un-Lawful for Plaintiff to Sale any Property to Preserve his Life's Needs,

22  (with the Present November government Takings of $1,652.oo, in PFD Payout), Plaintiff Makes

23  the below Motions.

24  P 15 of 16

1    Motion for Expedited Court Proceeding Time

2    And For Required Witnesses In Support.

3    Plaintiff Moves for a Court Order to LA. County, the Alaska, Defense Counsel Terrell, the

4    Alaska, Named Defendants, Plaintiffs Ex-Wife from Long V. Long, DJ. Holland, MJ. Roberts,

5    DJ. Sedgwick, DJ. Beistline, Prosecutor Cooper, Public Defender Dieni, to be Compelled to

6    Appear Within the Anchorage Court, [Without any Form of Immunity], to Answer to Documents

7    and Oral Testimony of Bad Faith and Charges of Criminal Acts and Actions, in this Suit or

8    Related to this Suits and Issues.

9    Plaintiff Moves that the Court Order the Hearing, (no later than 12-15-07), due to the Intended

10   History of Criminal Harms, the Denial to Plaintiff any Income, [by the Illegal government Takings

11   of the State of Alaska], Placing Plaintiff with this Criminal Theft by Alaska, of all Resources, the

12   Denial of Disability Benefits by Alaska, the Denial of Court Ordered 2002, Relief, the New

13   Alaska, Un-Founded Actions against the Plaintiff from after 2002, Placing the Plaintiff at the

14   Further Intended by Federal Court Judges and Defendants Actions, at the Risk of Further Loss of

15   Health and/or of Life.

16   TO THE COURT CLERKS

17   As the Clerks of the Federal Courts,[or Other Court Actors], have Before, Trashed Motions,

18   Set on Motions and Committed Criminal Other Acts, the Clerks are Demanded to Support, that

19   this Motion has been Effected before the Court under Mandatory Duty, by Return Notice to

20   Plaintiff, that this Filing, with the Previous Motion, were Received by the Court, Placed in the

21   Records and has been Placed before Judge Holland, or another Assigned Federal Art. 3, Judge, by

22   the Clerks of the Court, by Email Return of Notice, to Xtrapper@msn.com.

23   I certify that the above is true and correct to my best knowledge under penalty of perjury.

24   I certify to have served defense counsel Terrell, at the Dep of Law, in Anchorage, Ak.

25   Dated   11-16-07                     .                              Robert A Long

26   P 16 of 16.                                        Robert A. Long,                    Pro Se.