IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
ROBERT A. LONG,                       )
                                      )
                      Plaintiff,      )
      vs.                             )
                                      )
COUNTY OF LOS ANGELES, et al.,        )
                                      )    No. 3:99-cv-0520-HRH
                      Defendants.     )
_____)
```

O R D E R

Plaintiff has filed a motion entitled "Under Mandatory Judicial Notice - Motion for the Court to Act on the Plaintiffs Motion of 8-13-07, Ignored - In the Expected Denial of the (Above) - Motion for a Hearing on the Below Outstanding Issues".[1]

The instant motion states that the relevant case number is A02-0031-CV (HRH). In fact, Case No. A02-0031 is a criminal case, United States v. Long, No. 3:02-cr-0031-JVS, assigned to Judge James V. Selna. Because plaintiff's motion is captioned as set out above, and indicates service upon attorney Terrell, who represented the State of Alaska in the above case (Long v. County of Los Angeles), the court supposes that the instant motion is intended to be filed in this case.

---

[1]Docket No. 336.

- 1 -

Plaintiff's request for consideration on shortened time is granted. With respect to the motion for a hearing on the seven issues that appear on pages 1 and 2 of the instant motion, that request, as well as plaintiff's other subsidiary requests and/or motions, are denied because there are no outstanding issues in this case.

The court understands from the text of the instant motion that plaintiff has encountered difficulty obtaining SSI benefits, and that his State of Alaska Permanent Fund Dividend distribution has probably been executed upon. Plaintiff may have appeal or review rights with respect to the latter grievances, but the case of <u>Long v. County of Los Angeles</u> is not the place to raise those matters.

None of plaintiff's long litany of grievances with the County of Los Angeles and the other defendants in this case, as well as officers of this court, is presently the subject of any viable complaint on file in this case. Plaintiff was informed by the February 8, 2007, order of this court that this case is closed and that the court will not reopen it at this late date, after an appeal to the Ninth Circuit Court of Appeals which plaintiff ultimately abandoned. The court's view of this matter has not changed.

Finally, the instant motion makes reference to a motion of August 13, 2007, which plaintiff believes the court has ignored. Neither the court docket nor its file in <u>Long v. County of Los Angeles</u> reflects the filing of any motion by plaintiff on or

about August 13, 2007. As for plaintiff's request for the removal of District Judge Holland from this case, that would be pointless, for there is no "case" pending before the court that any district judge needs to address.

    Plaintiff's motion is denied in its entirety.

    DATED at Anchorage, Alaska, this <u>27th</u> day of November, 2007.

                                      <u>/s/ H. Russel Holland</u>
                                      United States District Judge